IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| GLORIA THOMAS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No.5:05CV000136 SWW |
| | * | |
| GENERAL MOTORS CORP., | * | |
| | * | |
| Defendant. | * | |

### Order

It has come to the Court's attention that her spouse owns stock in defendant company. Although the Court had no personal knowledge of this at the time of any rulings in this case, it is the Court's responsibility to keep track not only of her own investments but those of her family members. While the Court has a system in place to avoid such conflicts, the system failed here.

Therefore, pursuant to 28 U.S.C. § 455 (b)(4), the Court hereby vacates the order and judgment entered in this matter on April 27, 2006. The Court directs the Clerk to reopen this case and reassign it.

DATED this 12th day of May 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE